NEW YORK COUNTY.—HON. D. G. ROLLINS, SURROGATE.—March, 1885.

MATTER OF COMBS.

*In the matter of the judicial settlement of the account of* FRANK COMBS *and others, as executors of the will of* CHARLES U. COMBS, *deceased.*

A legacy to a testator's widow in lieu of dower carries interest from the testator's death, although its value exceeds that of the dower interest.

DETERMINATION of question as to interest on legacy, on executors' accounting.

ROBT. A. DAVIDSON, *for executors.*

THOS. B. SEAMAN, *special guardian.*

THE SURROGATE.—All that the will of this testator gives to his widow is given to her in lieu of dower.

Under the decision of the New York courts this circumstance, alone, entitles her to interest on the seven thousand dollar legacy from her husband's death (Hepburn v. Hepburn, 2 *Bradf.*, 76; Parkinson v. Parkinson, *id.*, 77; Seymour v. Butler, 3 *id.*, 193; Williamson v. Williamson, 6 *Paige*, 298; Bullard v. Benson, 1 *Dem.*, 493). The fact, that the total value of the 'provisions in her favor exceeds her dower interest, does not affect the question.